## FORM FOR USE IN APPLICATIONS

### FOR HABEAS CORPUS UNDER 28 U.S.C. §2254

RECEIVED

3:05CV933-F

2005 SEP 30 P 1:08

WEST CRIM
_____

**Name**

#201933
_____

**Prison Number**

_____

BULLOCK COUNTY CORRECTIONAL FACILITY
_____

**Place of Confinement**

**United States District Court** MIDDLE _____ **District of** ALABAMA _____

**Case No.** _____
**(To be supplied by Clerk of U. S. District Court)**

WEST CRIM _____, **PETITIONER**

_____
**(Full name) (Include name under which you were convicted)**

WARDEN: ARNOLD HOLT _____, **RESPONDENT**

_____
**(Name of Warden, Superintendent, Jailor, or authorized person**
**having custody of Petitioner)**

**and**

HON: TROY KING

**THE ATTORNEY GENERAL OF THE STATE OF** _____
LEE COUNTY CIRCUIT COURT OPELIKA, ALABAMA _____, **ADDITIONAL RESPONDENT.**

(if petitioner is attacking a judgment which imposed a sentence to be served in the <u>future</u>, petitioner must fill in the name of the state where the judgment was entered. If petitioner has a sentence to be served in the <u>future</u> under a federal judgment which he wishes to attack, he should file a motion under 28 U.S.C. §2255, in the federal court which entered the judgment.)

### PETITION FOR WRIT OF HABEAS CORPUS BY A PERSON IN STATE CUSTODY

### INSTRUCTIONS--READ CAREFULLY

(1) This petition must be legibly handwritten or typewritten and signed by the petitioner under penalty of perjury. Any false statement of a material fact may serve as the basis for prosecution and conviction for perjury. All questions must be answered concisely in the proper space on the form.

The Judicial Conference of the United States has adopted, effective 1/1/83, the 8-1/2 x 11 inch paper size standard for use throughout the federal judiciary and directed the elimination of the use of legal size paper. All pleadings, etc. filed after 12/31/82 must be on 8-1/2 x 11 inch paper, otherwise we cannot accept them.

(2) Additional pages are not permitted except with respect to the <u>facts</u> which you rely upon to support your grounds for relief. No citation of authorities need be furnished. If briefs or arguments are submitted, they should be submitted in the form of a separate memorandum.

(3) Upon receipt of a fee of $5 your petition will be filed if it is in proper order.

(4) If you do not have the necessary filing fee, you may request permission to proceed <u>in forma pauperis</u>, in which event you must execute the declaration on the last page, setting forth information establishing your inability to prepay the fees and costs or give security therefor. If you wish to proceed <u>in forma pauperis</u>, you must have an authorized officer at the penal institution complete the certificate as to the amount of money and securities on deposit to your credit in any account in the institution.

(5) Only judgments entered by one court may be challenged in a single petition. If you seek to challenge judgments entered by different courts either in the same state or in different states, you must file separate petitions as to each court.

(6) Your attention is directed to the fact that you must include all grounds for relief and all facts supporting such grounds for relief in the petition you file seeking relief from any judgment of conviction.

(7) When the petition is fully completed, <u>the original and two copies</u>* must be mailed to the Clerk of the United States District Court whose address is
                P. O. Box 711, Montgomery, Alabama  36101

(8) Petitions which do not conform to these instructions will be returned with a notation as to the deficiency.

    *If you are proceeding in forma pauperis, only the original petition needs to be filed with the Court.              PETITION

1.  Name and location of court which entered the judgment of conviction under attack  LEE COUNTY OPELIKA ALABAMA

2.  Date of judgment of conviction  3RD DAY OF DEC. 1998

3.  Length of sentence  LIFE                 Sentencing Judge HON: JACOB A. WALKER

4.  Nature of offense or offenses for which you were convicted: ATTEMPTED MURDER

5.  What was your plea?  (check one)
    (a) Not guilty  ( X )
    (b) Guilty  ( )
    (c) Nolo contendere  ( )
    If you entered a guilty plea to one count or indictment, and a not guilty plea to another count or indictment, give details: _____

6. Kind of trial:  (Check one)
   (a) Jury (X )
   (b) Judge only ( )

7. Did you testify at the trial? Yes ( )   No ( )

8. Did you appeal from the judgment of conviction? Yes ( )  No (X)

9. If you did appeal, answer the following:
   (a) Name of court ALABAMA CRIMINAL COURT OF APPEAL
   (b) Result AFFIRMED
   (c) Date of result 12TH DAY OF AUGUST, 2005
   If you filed a second appeal or filed a petition for certiorari in the
   Supreme Court, give details: AFFIRMED WITH NO OPINION
   DENIED 12TH DAY OF AUGUST, 2005

10. Other than a direct appeal from the judgment of conviction and sentence, have
    you previously filed any petitions, applications, or motions with respect
    to this judgment in any court, state or federal? Yes ( X ) No ( )

11. If your answer to 10 was "yes", give the following information:
    (a)(1) Name of court LEE COUNTY CIRCUIT COURT BOTH APPEAL COURT
        (2) Nature of proceeding RULE 32 ALABAMA APPELLATE COURT

        (3) Grounds raised EXCESSIVE SENTENCE INSANITY DEFENSE INEFFECTIVE ASSISTANCE
            OF COUNSEL. JUDGE WAS WITHOUT JURISDICTION TO IMPOSE SENTENCE SINCE
            MORE THAN 30 DAYS PASSED FROM JURY FINDING OF GUILTY TO SENTENCING 90
            DAYS

        (4) Did you receive an evidentiary hearing on your petition, application
            or motion? Yes ( ) No (X)
        (5) Result DENIED
        (6) Date of result
    (b) As to any second petition, application or motion give the same infor-
        mation:
        (1) Name of court
        (2) Nature of proceeding

        (3) Grounds raised




        (4) Did you receive an evidentiary hearing on your petition, application
            or motion? Yes ( ) No ( )
        (5) Result
        (6) Date of result

(c) As to any third petition, application or motion, give the same information:
    (1) Name of Court _____
    (2) Nature of proceeding _____
    (3) Grounds raised_____
        _____
        _____
        _____
        _____
        _____

    (4) Did you receive an evidentiary hearing on your petition, application or motion? Yes ( ) No ( )
    (5) Result_____
    (6) Date of result_____
(d) Did you appeal to the highest state court having jurisdiction the result of any action taken on any petition, application or motion:
    (1) First petition, etc.    Yes ( ) No ( )
    (2) Second petition, etc.    Yes ( ) No ( )
    (3) Third petition, etc.    Yes ( ) No ( )
(e) If you did not appeal from the adverse action on any petition, application or motion, explain briefly why you did not: _____
    _____
    _____
    _____
    _____
    _____

12.  State concisely every ground on which you claim that you are being held unlawfully. Summarize briefly the facts supporting each ground.

    CAUTION:  In order to proceed in the federal court, you must ordinarily first exhaust your state court remedies as to each ground on which you request action by the federal court. As to all grounds on which you have previously exhausted state court remedies, you should set them forth in this petition if you wish to seek federal relief. If you fail to set forth all such grounds in this petition, you may be barred from presenting them at a later date.

    For your information, the following is a list of the most frequently raised grounds for relief in habeas corpus proceedings. Each statement preceded by a letter constitutes a separate ground for possible relief. You may raise any grounds which you may have other than those listed if you have exhausted all your state court remedies with respect to them. However, you should raise in this petition all available grounds (relating to this conviction) on which you base your allegations that you are being held in custody unlawfully.

    If you select one or more of these grounds for relief, you must allege facts in support of the ground or grounds which you choose. Do not check any of the grounds listed below. The petition will be returned to you if you merely check (a) through (j) or any one of these grounds.

(a) Conviction obtained by plea of guilty which was unlawfully induced
or not made voluntarily with understanding of the nature of the
charge and the consequences of the plea.

(b) Conviction obtained by use of coerced confession.

(c) Conviction obtained by use of evidence gained pursuant to an
unconstitutional search and seizure, [where the state has not
provided a full and fair hearing on the merits of the Fourth
Amendment claim].

(d) Conviction obtained by use of evidence obtained pursuant to an
unlawful arrest, [where the state has not provided a full and
fair hearing on the merits of the Fourth Amendment claim].

(e) Conviction obtained by a violation of the privilege against self-
incrimination.

(f) Conviction obtained by the unconstitutional failure of the prose-
cution to disclose to the defendant evidence favorable to the defen-
dant.

(g) Conviction obtained by a violation of the protection against double
jeopardy.

(h) Conviction obtained by action of a grand or petit jury which was
unconstitutionally selected and impaneled.

(i) Denial of effective assistance of counsel.

(j) Denial of right of appeal.

A.  Ground one: INCOMPTENT AT TIME OF ACT AND TRIAL

Supporting FACTS (tell your story briefly without citing cases or
law): DEPRESSION- MENTAL RETARDED ANTISPECIAL PERSONALITY SOCIOPATHIC AND
OR DELUSIONS ALONG WITH STRESS THAT CAUSE ME NOT TO KNOW AT THE TIME BEING
RIGHT FROM WRONG. SINCE TRUCK WRECK LOTS OF STRANGE THINGS HAPPEN TO ME
I SEEM TO NOT BE ABLE TO CONTROL OR HAVE KNOWLEDGE OF WHAT TAKEN PLACE I
WAS ON MEDICATION ALONG WITH DRINKING HEAVY AFTER SEPERATION OF THE STATE
REFUSING TO LET ME PRESENT EVIDENCE OF WIFE INFIDELITY AND ADULTRY THAT
AFFECTED THE PETITIONER MENTAL STATE OF MIND TO HOLD ONE RESPONSIBLE TRIAL
COURT LIMITED EVIDENCE OF MY INSANITY FROM THE JURY THAT I WAS UNABLE TO
APPRECIATE THE NATURAL AND QUALITY OR WRONGFULNESS OF MY ACT.

B.  Ground two: EXCESSIVE SENTENCE

Supporting FACTS (tell your story briefly without citing cases or
law): FIRST TIME OFFENDER PREJUDICE BY TRIAL COURT TO GIVE LIFE SENTENCE
FOR ATTEMPTED MURDER WHERE SOME PEOPLE WITH PRIOR FELONIES RECEIVE LESS
FOR MURDER EVEN THOUGH I WAS PROVOKED INTO THIS ACT COURT AND COUNSEL TRIED
TO GET ME TO ENTER A PLEA FOR A LIFE SENTENCE I WENT TO TRIAL AND RECEIVE
THE SAME PLEA OFFER A EXCESSIVE SENTENCE LIFE AS A FIRST TIME OFFENDER
THROUGH AND ACT PURSUANT TO FUNDAMENTAL FAIRNESS JUST NOT RIGHT.

C.  Ground three:_____

Supporting FACTS (tell your story brieflywithout citing cases or
law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

D.  Ground four: _____

Supporting FACTS (tell your story briefly without citing cases of
law): _____
_____
_____
_____
_____
_____
_____
_____
_____
_____
_____

13.  If any of the grounds listed in 12A, B, C, and D were not previously pre-
     sented in any other court, state or federal state briefly what grounds were
     not so presented, and give your reasons for not presenting them:_____
     _____
     _____
     _____
     _____
     _____
     _____
     _____
     _____
     _____

14.  Do you have any petition or appeal now pending in any court, either state
     or federal, as to the judgment under attack?  Yes ( )  No ( )

15.  Give the name and address, if known, of each attorney who represented you in
     the following stages of the judgment attacked herein:
     (a) At preliminary hearing_____
     _____

     (b) At arraignment and plea_____
     _____

(c) At trial_____

(d) At sentencing_____

(e) On appeal _____

(f) In any post-conviction proceeding_____

(g) On appeal from any adverse ruling in a post-conviction proceeding:_____
_____

16. Were you sentenced on more than one count of an indictment, or on more than one indictment, in the same court and at the same time?
Yes ( )  No ( )

17. Do you have any future sentence to serve after you complete the sentence imposed by the judgment under attack?
Yes ( )  No ( )

(a) If so, give name and location of court which imposed sentence to be served in the future:_____

(b) And give date and length of sentence to be served in the future:_____
_____

(c) Have you filed, or do you contemplate filing, any petition attacking the judgment which imposed the sentence to be served in the future?
Yes ( )  No ( )

    Wherefore, petitioner prays that the Court grant petitioner relief to which he may be entitled in this proceeding.


_____
**Signature of Attorney (if any)**

    I declare ( or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.  Executed on _____.
                                                    **(date)**

_West Crim # 201933_____
**Signature of Petitioner**