# IN THE UNITED STATES DISTRICT COURT FOR
# THE MIDDLE DISTRICT OF ALABAMA

## AFFIDAVIT IN SUPPORT OF REQUEST
## TO PROCEED IN FORMA PAUPERIS

RECEIVED
2005 SEP 30 P 1: 08

Plaintiff(s) WEST CRIM # 201933

vs.      3:05CV933-F

WARDEN: ARNold HolT eT. AlA.
Defendant(s)

I, West Crim _____, being first duly sworn, depose and say that I am the plaintiff in the above entitled case; that in support of my motion to proceed without being required to prepay fees, costs or give security therefor, I state that because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to relief. I recognize that I may be prosecuted for any false statement which I may make herein.

   I further swear that the responses which I have made to questions and instructions below is true.

1. Are you presently employed?      YES ( )    NO (X)

   A. If the answer is YES, state the amount of your salary or wages per month, and give the name and address of your employer.

   _____
   _____

   B. If the answer is NO, state the date of last employment and the amount of salary and wages per month which you received.

   _____
   _____

2. Have you received within the past twelve months any money from any of the following sources?

   A. Business, profession or form of self-employment? YES ( )  NO (X)
   B. Rent payments, interest or dividends?   YES ( )   NO (X)
   C. Pensions, annuities or life insurance payments? YES ( )  NO (X)
   D. Gifts or inheritances?    YES (X)   NO ( )   BRoTheR
   E. Any other sources?    YES ( )   NO (X)

If the answer to any of the above is YES, describe each source of money and state the amount received from each during the past twelve months.

_____
_____

3. Do you own cash, or do you have money in a checking [NA] or savings [NA] account? [Include any funds in prison accounts.]   YES ( )   NO (X)

If the answer is YES, state the total value of the items owned.

_____
_____

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property [excluding ordinary household furnishings and clothing]?   YES ( )   NO (X)

If the answer is YES, describe the property and state its approximate value.

_____
_____

5. List the persons who are dependent upon you for support, state your relationship to those persons and indicate how much you contribute toward their support. _____
_____
_____

_____West Crim # 201933_____
**Signature of Affiant**

STATE OF ALABAMA         )
COUNTY OF ____Bullock____ )

Before me, a notary public in and for said County, in said State, personally appeared ____West Crim_____, whose name is signed to the foregoing complaint, who being duly sworn, deposes on oath and says:
That the information set forth in the foregoing affidavit is true and correct to the best of his knowledge and belief.

_____West Crim_____
**Signature of Affiant**

Sworn to and subscribed before me this 28th day of September, 2005.

_____Lane C. Anthony_____
Notary Public   NOTARY PUBLIC STATE OF ALABAMA AT LARGE
MY COMMISSION EXPIRES: Mar 18, 2007

____Bullock____ County, Alabama

OR

I declare under penalty of perjury that the foregoing is true and correct.

Executed on _____.
    (date)

_West Crim #261933_
Signature of Affiant

### CERTIFICATE

I hereby certify that the plaintiff hereinabove has the sum of $ _45.06_ on account to his credit at the _BULLOCK COUNTY CORR. FACILITY_ institution where he is confined. I further certify that plaintiff likewise has the following securities to his credit according to the records of said institution:

_____
_____
_____

I further certify that he has had the average sum on account at this institution as of the first day of each month of the immediate preceding months (not to exceed six (6) months).

1. $ _See Attached_ on the 1st day of _____
2. $ _____ on the 1st day of _____
3. $ _____ on the 1st day of _____
4. $ _____ on the 1st day of _____
5. $ _____ on the 1st day of _____
6. $ _____ on the 1st day of _____

_____
_____
_____

_Patsy Faulkner_
Authorized Officer of Institution

DATE _9/21/05_

BULLOCK COUNTY CORR. FACILITY

STATE OF ALABAMA
DEPARTMENT OF CORRECTIONS
BULLOCK CORRECTIONAL FACILITY

AIS #: 201933        NAME: CRIM, WEST                              AS OF: 09/22/2005

| MONTH | # OF DAYS | AVG DAILY BALANCE | MONTHLY DEPOSITS |
|---|---|---|---|
| SEP | 8 | $15.52 | $0.00 |
| OCT | 31 | $32.33 | $75.00 |
| NOV | 30 | $17.66 | $50.00 |
| DEC | 31 | $8.45 | $75.00 |
| JAN | 31 | $13.56 | $30.00 |
| FEB | 28 | $28.55 | $60.00 |
| MAR | 31 | $26.75 | $110.00 |
| APR | 30 | $19.07 | $105.00 |
| MAY | 31 | $39.59 | $0.00 |
| JUN | 30 | $53.23 | $115.00 |
| JUL | 31 | $37.89 | $35.00 |
| AUG | 31 | $28.28 | $150.00 |
| SEP | 22 | $39.83 | $45.00 |



RECEIVED 2005 SEP 30 P 1:08 CLERK U.S. DISTRICT COURT MIDDLE DIST. OF ALA.