IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA

WEST CRIM,
   PETITIONER,

-V-                                                                          CV-00933-F

ARNOLD HOLT, ET, AL.
   RESPONDENTS,

## MOTION FOR COMPLYING WITH MAGISTRATE JUDGE
## PRO-SE

In the Ruling on the recommendation and advisement in the instant Habeas Corpus filed in this Court on or about the 28th day of September, 2005.

Said Petitioner has no knowledge of filing any Petition in this Court the inmate that was doing my Post-Conviction Petition was transferred and carried my recent Legal Work with him, which I have no ideal of what he filed or if he sent it off to when or what Court. The Petitioner request for a copy or the date this said Court received Petition.

I request this Court to hold this Petition to allow me to seek permission from the 11th Circuit to file an instant Habeas Corpus 2254 in the instant case of manifest injustice by the State Court Petitioner pray.

Respectfully Submitted,

West Crim #201933
West Crim, Petitioner Pro-Se
Bullock Correctional Facility
Post Office Box 5107
Union Springs, Alabama 36089-5107

Done this the 20th day of October, 2005.