IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| WEST CRIM, #201933, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 3:05-CV-933-T |
| | ) |
| ARNOLD HOLT, et al., | ) |
| | ) |
| Respondents. | ) |

**ORDER ON MOTION**

On October 24, 2005, the petitioner filed a document in which he requests that this court "hold this Petition to allow [him] to seek permission from the 11th Circuit to file" a successive habeas petition. The court therefore construes this document as a motion to stay proceedings. Upon consideration of the motion to stay, and as such action is not warranted under the circumstances of this case, *see Guenther v. Holt*, 173 F.3d 1328, 1330-1331 (11th Cir. 1999), it is

ORDERED that this motion be and is hereby DENIED.

Done this 24th day of October, 2005.

/s/ Delores R. Boyd

UNITED STATES MAGISTRATE JUDGE